UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHERYL SHERRY ANN MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:22-CV-2040-G-BN |
| JOE BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a

recommendation in this case.  No objections were filed.  The District Court reviewed

the proposed findings, conclusions, and recommendation for plain error.  Finding

none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the

United States Magistrate Judge.

     **SO ORDERED**.

October 12, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**